IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KEVIN MCCORD, #185789, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO 2:16-cv-096-WHA |
| ) | |
| LARRY ANGLIN, ) | (WO) |
| ) | |
| Defendant. ) | |

## **ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #11), entered on May 23, 2016.  There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED with prejudice prior to service of process under 28 U.S.C § 1915(e)(2)(B)(i-ii).  Final Judgment will be entered accordingly.

DONE this 5th day of July, 2016.

/s/   W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE